IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50965
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEFFREY ALLEN LINDSAY,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-96-CR-25-1
- - - - - - - - - - -
October 23, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jeffrey Allen Lindsay appeals the district court's denial of his motion to suppress evidence. The district court did not err in determining that Lindsay's consent for a border patrol agent to check to see if there were other people in his vehicle included consent to open the door of his vehicle. See United States v. Stewart, 93 F.3d 189, 191-92 (5th Cir. 1996); United States v. Rich, 992 F.2d 502, 506 (5th Cir. 1993).

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.